FILED
99-21 AM 9:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN BENOIT MARTIN, | ) |
| Plaintiff, | ) |
| vs. | ) CV 99-G-0624-S |
| WAYNE WATTS and DR. WEAVER, | ) |
| Defendants. | ) |

ENTERED
SEP 21 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 25, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim for which relief can be granted under 28 U.S.C. § 1915A(b). A copy of the report and recommendation was sent to plaintiff at the Shelby County Jail, which is the only address plaintiff has provided the court.

The following notice appears on the original complaint completed and filed by plaintiff:

> NOTICE TO FILING PARTY
>
> It is your responsibility to notify the Clerk in writing of any address change. Failure to notify the Clerk may result in dismissal of your case without further notice.

Plaintiff has failed to notify the Clerk of any change in his address.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly,



the complaint is due to be dismissed for failing to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 20th day of Sept, 1999.

J. FOY GUIN, JR.
UNITED STATES DISTRICT JUDGE